IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GUILLERMO LANDAVERDE RESENDIZ, A# 098-678-066, | § § § | |
| *Petitioner*, | § § § | |
| V. | § § | CIVIL CASE NO. SA-26-CV-04130-FB |
| MIGUEL VERGARA, Field Office Director, San Antonio Field Office, Immigration and Customs Enforcement, in his official capacity; *et al.*, | § § § § § § | |
| *Respondents*. | § § | |

## JUDGMENT

The Court considered the Judgment to be entered in this case.  Pursuant to the Order Granting Writ of Habeas Corpus signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED** such that Respondents are ORDERED to release Petitioner Guillermo Landaverde Resendiz from their custody according to the terms and conditions set forth in the Court's Order.  In all other respects, the Petition is **DENIED**.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 21st day of July, 2026.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE